IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VANESSA FIGUEIRAS, KAMERON ROBINSON,

    Plaintiffs,

v.                                       CASE NO. 1:09-cv-00227-MP-AK

DEVEREUX FOUNDATION INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report of Rule 26(f) Planning Meeting, Doc. 19. The Report includes dates for discovery, possible class certification, and dispositive motions, recites that mediation may be successful after initial discovery, and requests trial date not be set yet. Upon consideration, the Court hereby approves of and adopts the report as submitted by the parties.

    **DONE AND ORDERED** this __12th__ day of January, 2010

                                *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge