IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VANESSA FIGUEIRAS, KAMERON ROBINSON,

    Plaintiffs,

v.                                        CASE NO. 1:09-cv-00227-MP-AK

DEVEREUX FOUNDATION INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on First Motion for Extension of Time to File Motion for Authorization to Send Notice to Class, Doc. 42. Plaintiffs recite that there was a delay in their receipt of a deposition transcript, which they intend to use to strengthen their motion. Therefore, they would like an extension of time to allow them to incorporate the recently-acquired transcript. Defendant does not object to the extension, as long as it has extra time as well to respond. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Motion for Extension of Time, Doc. 42, is GRANTED.

2. Plaintiffs will file their Motion for Authorization to Send Notice to Class by close of business Tuesday, April 6, 2010.

3. Defendant will file its opposition to the Motion for Authorization by close of business May 6, 2010.

**DONE AND ORDERED** this   *2nd* day of April, 2010



Maurice M. Paul, Senior District Judge