IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VANESSA FIGUEIRAS, MONROE RIVERS, KAMERON ROBINSON,

    Plaintiffs,

v.                                  CASE NO. 1:09-cv-00227-MP -GRJ

DEVEREUX FOUNDATION INC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 158, notice of voluntary dismissal with prejudice by Monroe Rivers. On November 16, 2010, plaintiff Rivers filed an "opt-in" form to become party to this action for unpaid overtime wages under the Fair Labor Standards Act (FLSA). Defendant has shown that Mr. Rivers' did not work for them within three (3) years of November 16, 2010. Thus, plaintiff Rivers moves the Court to dismiss him from this action with prejudice as provided by Fed. R. Civ. P. 41(a)(2). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     Monroe Rivers is DISMISSED from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

**DONE AND ORDERED** this _20th_ day of April, 2011

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge