IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VANESSA FIGUEIRAS, MONROE RIVERS, KAMERON ROBINSON,

    Plaintiffs,

v.                      CASE NO. 1:09-cv-00227-MP-GRJ

DEVEREUX FOUNDATION INC,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on Doc. 180, Joint Motion to Stay Proceedings and Refer to Mediation. The parties jointly move the Court to refer this matter to mediation for a 60 day period and to stay further proceedings pending the outcome of mediation. The parties state that during the 60 day period they will engage in limited informal discovery directed to the issues, after which they will convene mediation before a certified mediator. They submit that there is good cause for the requested relief inasmuch as there are forty-nine plaintiffs in the case and the proposed stay will expedite the orderly resolution of the case by potentially obviating the time and expense of full-blown discovery proceedings, pretrial dispositive motions, and trial.

       Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The parties' motion is hereby GRANTED. The case is referred to mediation for a period of 60 days commencing on the date of entry of this order. All proceedings in the case are stayed during the 60 day period.

2.    The mediator shall be Gary Anton and mediation will take place in Gainesville on November 14, 2011.

3.    Defendant shall be represented in person by individual(s) who have the full

    authority to resolve all outstanding issues in this matter on behalf of Defendant.

4.     Unless otherwise agreed upon by the parties, the proposed settlement amount, if any, will be in the form of a dollar figure for each individual plaintiff and will be subject to review by this Court.

5.     The parties shall report to the Court the results of mediation within 3 days after the close of mediation, but no later than the close of the 60 day mediation period. Any settlement reached by the parties shall be subject to approval by the Court.

**DONE AND ORDERED** this   *7th* day of October, 2011

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge