IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VANESSA FIGUEIRAS,
KAMERON ROBINSON,
and those similarly situated,

    Plaintiffs,

v.                                          CASE NO. 1:09-cv-00227-MP-GRJ

DEVEREUX FOUNDATION INC,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on doc. 219, Confidential Settlement and Release Agreement. Pursuant to the Court's order, the parties have filed their confidential settlement and release agreement under seal. The settlement agreement refers to the allocation of proceeds reflected in Schedule A but no such schedule has been provided. The Court is unable to properly evaluate the settlement agreement without knowing how the proceeds will be apportioned among the plaintiffs.

Accordingly, it is now **ORDERED** as follows:

1. On or before February 24, 2012, the parties are directed to file Schedule A under seal or explain to the Court how the proceeds will be apportioned among the plaintiffs.

**DONE AND ORDERED** this 16th day of February, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge