IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VANESSA FIGUEIRAS,
KAMERON ROBINSON,
and those similarly situated,

     Plaintiffs,

v.                                                                    CASE NO. 1:09-cv-00227-MP-GRJ

DEVEREUX FOUNDATION INC,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on the parties' Joint Motion for Settlement

Approval and Joint Stipulation of Dismissal with Prejudice.  (Doc. 213).  The parties

have reached a resolution of this matter and have agreed to settlement terms, the key

provisions of which are confidential.  Pursuant to the Court's order, the parties have filed

the confidential settlement and release agreement under seal.  The settlement

agreement provides: (i) negotiated payments to the plaintiffs; (ii) a payment of attorneys'

fees and costs; (iii) a complete release of Devereux with respect to all unpaid wage and

hour claims; and (iv) dismissal with prejudice of the pending action.  The Court will defer

approval of the settlement agreement until the opt-in plaintiffs are notified and their

objections, if any, are received by the Court.

     Accordingly, it is now ORDERED as follows:

1.     Plaintiffs' counsel are hereby ordered to provide notice to all opt-in
plaintiffs by email or United States Mail, on or before February 21, 2012,
informing each of the anticipated settlement, including the total amount of
settlement; the gross amount each plaintiff will receive under the
settlement; and the attorney's fees and costs to be paid to the plaintiffs'

counsel; and further of each plaintiffs' right to object to the proposed settlement within twenty-one (21) days following provision of such notice.

2.      Counsel for the plaintiffs are further ordered and directed to file a report with this Court noting any objections received, at the conclusion of the 21-day period.

3.      The parties are further directed within three (3) days after the expiration of the 21-day notice period to file briefs or other memoranda with the Court explaining the reasons they believe the settlement represents a fair and adequate settlement of the claims of the plaintiffs pursuant to Lynn's Food Stores, Inc. v. Us., 679 F.2d 1350 (11th Cir. 1982).

**DONE AND ORDERED** this 17th day of February, 2012.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge