## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

KAMERON ROBINSON and
VANESSA FIGUEIRAS,
and those similarly situated,

      Plaintiffs,

v.                          CASE NO. 1:09cv227-MP-GRJ

DEVEREUX FOUNDATION, INC,

      Defendant.
_____/

## O R D E R

      This matter is before the court on the parties' joint motion for reconsideration.  (Doc. 233).  On May 10, 2012, the Court entered an order denying the parties' Joint Motion for Approval of Settlement and Joint Stipulation of Dismissal with Prejudice.  (Doc. 213).  The Order found the proposed confidentiality provisions in the settlement agreement to be in conflict with the Fair Labor Standards Act (FLSA) and stated that "[i]n the event the parties seek the court's approval of a revised settlement agreement, they must omit the confidentiality provision or demonstrate extraordinary circumstances or a compelling reason therefore and file the agreement within fourteen (14) days of the date of this order."  (Doc.  230).

      The parties have executed an Addendum to Confidential Settlement and Release Agreement, which removes any confidentiality provisions from the settlement agreement between the parties.  Both the Confidential Settlement and Release Agreement and the Addendum have been filed as attachments to the instant motion.

      Accordingly:

      1.      The Joint Motion for Reconsideration (doc. 233) is GRANTED.

2.     The court approves all other settlement provisions contained in the Joint Motion for Approval of Settlement and Joint Stipulation of Dismissal with Prejudice (doc. 213) and incorporates the parties' waiver of any confidentiality provisions.

**DONE and ORDERED** this 1st day of June, 2012.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**